United States District Court
Southern District of Texas
**ENTERED**
January 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEY ENERGY SERVICES, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § | CIVIL ACTION NO. 4:21-CV-01164 |
| EMP SOLUTIONS, INC., *et al.*, | § § § § | |
| Defendants. | | |

### ORDER OF DISMISSAL

On January 17, 2021, the parties filed a Joint Stipulation of Dismissal (Dkt. 29) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that the above-captioned lawsuit is hereby **DISMISSED WITH PREJUDICE**.

Signed on January 17, 2022, at Houston, Texas.

George C. Hanks, Jr
United States District Judge